**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ISABELLE ONANA NDONGO,

                Plaintiff,

   -against-                                         22 **CIVIL** 5896 (RA)

                                                       **JUDGMENT**

BANK OF CHINA LIMITED, and DONGKUN
CHU a/k/a MARVIN CHU, individually,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated February 24, 2023, Defendants' motion to dismiss is granted.

**Dated:** New York, New York

      March 30, 2023

                                                 **RUBY J. KRAJICK**

                                                      **Clerk of Court**

                             **BY:**    *K. Mango*

                                                      **Deputy Clerk**